425 A.2d 845

Commonwealth v. Riddle, Appellant.

Submitted April 12, 1979. Patrick McFalls, Assistant Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.